IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAWRENCE DIGSBY,**

    Petitioner,

vs.

                                              CASE NO. 3:07cv540-MCR/WCS

**WALTER A. McNEIL,**

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation entered December 14, 2008 (doc. 22). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Lawrence Digsby challenging his conviction for possession of a firearm after having been convicted of a felony in the Circuit Court of the First Judicial Circuit, in and for

Escambia County, Florida, case number 04-4467-CF, is hereby  DENIED WITH PREJUDICE.

DONE AND ORDERED this 9th day of February, 2009.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**