**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LAWRENCE DIGSBY,

    Petitioner,

vs.                                        Case No. 3:07cv540-MCR/WCS

WALTER A. McNEIL,

    Respondent.
_____/

**O R D E R**

    This cause is before the court upon petitioner's motion for certificate of appealability. (Doc. 35). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's February 9, 2009, order (doc. 21) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on December 15, 2008, (doc. 22), a certificate of appealability shall be denied.

    Accordingly, it is **ORDERED**:

    Petitioner's motion for certificate of appealability (doc. 35) is **DENIED**.

    **DONE AND ORDERED** this 25th day of February, 2009.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**